By opinion dated April 8, 2002, this Court suspended petitioner from the practice of law
 for nine months.
 
 In re Newell
 
 ,
 
 349 S.C. 40
 
 ,
 
 562 S.E.2d 308
 
 (2002). Petitioner filed a petition for reinstatement pursuant to Rule 33, RLDE, Rule 413, SCACR. After referral to the Committee on Character and Fitness (the Committee), the Committee has filed a report and recommendation recommending the Court reinstate petitioner to the practice of law and require petitioner to enter into a
 repayment plan with the Commission on Lawyer Conduct (the Commission) in order to reimburse $12,500 the Lawyers' Fund for Client Protection paid on claims filed by petitioner's prior clients.
 

 We find petitioner has met the requirements of Rule 33(f), RLDE. Accordingly, we grant the petition for reinstatement upon the condition that, within thirty (30) days from the date of this order, petitioner enter into a repayment plan with the Commission in order to reimburse the Lawyers' Fund for Client Protection for the $12,500 it paid on claims relating to petitioner. Failure to comply with the repayment plan may result in further sanctions and/or discipline.
 

 /s/ Donald W. Beatty
 
 , C.J.
 

 /s/ John W. Kittredge
 
 , J.
 

 /s/ Kaye G. Hearn
 
 , J.
 

 /s/ John Cannon Few
 
 , J.
 

 /s/ George C. James, Jr.
 
 , J.